IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHELDON MORRIS and
SALLIE GRACE MORRIS,

    Judgment Debtors.
_____/

CHARLES SCHWAB & CO. INC.,

    Garnishee.
_____/

No. MISC S-09-0079 GEB DAD PS

ORDER

On August 28, 2009, plaintiff United States of America initiated this action by filing an Application for Writ of Execution/Garnishment (Accounts) pursuant to Rule 70(c) of the Federal Rules of Civil Procedure and 28 U.S.C. § 3205.  By notice to the judgment debtors filed on September 1, 2009, the Clerk of the Court advised the judgment debtors of their right to request a hearing and their right to request a transfer of this proceeding to the federal judicial district in which they reside.  On September 9, 2009, judgment debtor Sheldon Morris filed a timely request for hearing and request for transfer.  No opposition to the judgment debtor's

/////

1

request has been filed. The case has been referred to the undersigned pursuant to Local Rule 72-302(c)(7) and 28 U.S.C. § 636(b)(1).

The record reflects that the judgment debtors reside in Novato, California, which is located in Marin County. Marin County lies within the judicial district known as the Northern District of California. 28 U.S.C. § 84(a). Judgment debtors' unopposed request for transfer will be granted, and this case will be transferred to the United States District Court for the Northern District of California for all further proceedings, including consideration of judgment debtors' request for hearing.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Judgment debtors' September 9, 2009 request for transfer (Doc. No. 6) is granted; and

2. This action is transferred to the United States District Court for the Northern District of California for all further proceedings.

DATED: October 27, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\USAvMorris.mc0079.garnishment.transfer