IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHELDON MORRIS and SALLIE GRACE MORRIS,<br><br>    Judgment Debtors.<br><br>CHARLES SCHWAB & Co. Inc.,<br><br>    Garnishee. | Case No.: 3:09-mc-80300<br><br>(Miscellaneous Case No. :2:09-mc-00079-GEB-DAD)<br><br>ORDER OF GARNISHMENT |

  Pursuant to the stipulation of the Judgment Debtors, Sheldon Morris and Sally Grace Morris, and of the United States of America, Plaintiff herein, it is hereby ordered that the Garnishee, CHARLES SCHWAB & Co. Inc.,:

1. Shall pay to the United States of America the sum of One Hundred Thousand Dollars ($100,000.00) from Schwab account no. XXXX-8316, a Roth Contributory IRA in the name of Sally Grace Morris, by no later than November 16, 2009.

2. Unless otherwise ordered by this Court in writing, the Garnishee, CHARLES SCHWAB & Co. Inc., shall pay to the United States of America the sum of Seventy-six Thousand Fifty-three Dollars and Three cents ($76,053.03) on January 10, 2010.

3. To ensure that it can pay the United States the sum of Seventy-six Thousand Fifty-three Dollars and Three cents ($76,053.03) on January 10, 2010, Charles Schwab & Co. Inc. shall to continue to withhold and retain all stocks, bonds and cash in Schwab account numbered XXXX-2197 in

the name of Sheldon Alan Morris and in account numbered XXXX-9952 in the name of Sally Grace Morris and forty thousand dollars ($40,000) in currency or cash in account numbered XXXX-8316, a Roth Contributory IRA in the name of Sally Grace Morris, until the additional sum of Seventy-six thousand Fifty-three Dollars and Three cents ($76,053.03) or such lesser amounts as the Court may in writing direct, is paid to the United States.

4. Charles Schwab, after making the One Hundred Thousand Dollars ($100,000) payment to the United States by no later than November 16, 2009 from in account numbered XXXX-8316, a Roth Contributory IRA in the name of Sally Grace Morris, and retaining Forty Thousand ($40,000) in cash or currency in said account to guarantee the January, 2010 payment to the United States may be disburse to the account holder the remaining cash, stocks or bonds in said account.

5. Payments shall be made in United States' currency, cashier's check or certified funds.

6. If by cashier's check or certified fund, the instrument must be made payable to the Clerk of the United States District Court and the notation "Sheldon Morris, Case No.2:08-CR-00340-01" shall be placed on the face of the check or instrument or transmittal document.

7. Payment shall be sent to:

> United States District Court
> Office of the Clerk
> 501 "I" Street, Suite 4-200
> Sacramento, CA  95814

**SO ORDERED**

Dated: Novembr 16, 2009



ORDER OF GARNISHMENT                2